IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THORNGLEAN CHANBUNMY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE | : | NO. 10-3263 |

**ORDER**

AND NOW, this 13th day of December, 2011, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, Defendant's Response thereto, Plaintiff's Reply, the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED.**

2. The relief requested in Plaintiff's Brief and Statement of Issues in Support of Request for Review (Docket Entry No. 7) is **DENIED.**

3. **JUDGMENT IS ENTERED IN FAVOR OF DEFENDANT MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY AND AGAINST PLAINTIFF THORNGLEAN CHANBUNMY.**

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

_____
J. CURTIS JOYNER, J.